■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS APONTE, Appellant.—Upon the court's own motion, the order of this court entered herein on June 21, 1990, and the memorandum decision filed therewith [162 AD2d 299] are hereby recalled and vacated. No opinion. Concur—Kupferman, J. P., Ellerin, Wallach and Smith, JJ.